IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No. CR 06-4106-MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH LEE SCHLEIS, | ) | |
| THOMAS STELTENPOHL, JR. | ) | |
| DEBORAH THEELER, and | ) | |
| TROY NOWLEN | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 7.1 STATEMENT

Pursuant to Local Rule 7.1, notice is hereby given that the superceding indictment

filed in this matter varies from the original indictment as follows:

1.    The superseding indictment adds TROY NOWLEN as a defendant.

Respectfully submitted,

JUDITH A. WHETSTINE
Acting United States Attorney

By,

JACK LAMMERS
Assistant United States Attorney