IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Case Number: CR06-4106-MWB                          Date:   January 25, 2007

Case Title:  UNITED STATES OF AMERICA vs. TROY NOWLEN

JUDGE: Honorable Paul A. Zoss

TIME IN COURT:  Start:   4:18 p.m.                                          Adjourn:   4:25 p.m.

APPEARANCES:  Plaintiff:        AUSA Jack Lammers
              Defendant:        Defendant present in person with attorney Pat Parry

Court Reporter:  Digital Recording

LOCATION/PHONE:  1st Floor District Courtroom

TYPE OF PROCEEDING:
  A.  HEARING:
    1.      ARRAIGNMENT ON SUPERSEDING INDICTMENT:     XX      and
            INITIAL APPEARANCE:      XX
            (a)     Defendant pleaded NOT GUILTY to Count 1; plea accepted by the Court
            (b)     Counsel: APPOINTED as above.

DEADLINES: TRIAL April 2, 2007; Detention Hearing January 29, 2007, at 10:00 a.m.

MISC:   Indictment filed 01/25/07.  Defendant *Mirandized*.  The defendant waives formal reading of the indictment.  The parties stipulate to the standard discovery stipulation.  The government seeks detention.  The court orders the DEFENDANT DETAINED.


Copies mailed to:                                                Leslie R. Walker
                                                                 DEPUTY CLERK