IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Docket No. CR06-4106-4-DEO |
| vs. | ) | |
| TROY NOWLEN | ) | ORDER |
| Defendant. | ) | |

* * * * * * * * * * * * * * * *

This matter is before the Court following the sentencing hearing held September 3, 2008.

## ORDER

Accordingly, It Is Ordered:

1. The presentence investigation report in this case shall be filed and maintained under seal by the clerk.

2. The probation officer's confidential recommendation is to be maintained under seal by the clerk, separate from the presentence investigation report, and is not subject to disclosure pursuant to Rule 32(b)(6) and Administrative Order in the Matter of Guideline Sentencing Procedures for the United States District Court for the Northern and Southern Districts of Iowa, dated December 5, 1994.

3. Counsel shall not disseminate their copy of the presentence investigation report except to the extent provided by Rule 32 FRCrP and Title 18 U.S.C. § 3552(d).

Done and Ordered this 3rd day of September, 2008.

Donald E. O'Brien
Senior United States District Court Judge